IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE PITTS, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| v. | : |
| | : NO. 20-1069 |
| SUPERINTENDENT RANSOME, et al., | : |
| | : |
| Respondents. | : |

## O R D E R

JOHN M. YOUNGE, J.

    **AND NOW**, this 14th day of January, 2021, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, **IT IS ORDERED** that:

    1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

    2. The petition for a writ of habeas corpus is **STAYED** and placed in **ABEYANCE** to allow Petitioner to, within 30 days of the date of this order, file a petition pursuant to Pennsylvania's Post Conviction Relief Act to exhaust his unexhausted claim.

    3. Within 30 days of the completion of the final disposition of Petitioner's PCRA petition, the Petitioner shall notify the Court to reactivate the case.

BY THE COURT:

*/s/ John Milton Younge*
_____
**JOHN M. YOUNGE, J.**